**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Troy Jackson, et al., | NO. C 08-05376 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Oak Grove School District, et al., | |
| Defendants. | |

On June 29, 2009, the Court conducted a Case Management Conference. Plaintiffs appeared in *pro se*. Defendants were represented by counsel. In light of the discussion at the conference, the Court orders as follows:

(1) To protect the privacy of certain third parties who are minors, Defendants shall submit a Proposed Protective Order to be approved by the assigned Magistrate Judge.

(2) The Court finds good cause to extend its referral of this case to the San Francisco Bar Association. Accordingly, the Clerk of Court shall forward this Order and a copy of the Court file with a notice of referral pursuant to the guidelines of the Federal Pro Bono Project to the Volunteer Legal Services Program for the San Francisco Bar Association.

(3) The stay pursuant to the Court's April 30, 2009 Order shall remain in place. Thus, Defendants need not file a responsive pleadings at this time.

(4) The parties shall appear for a further Case Management Conference on **August 31, 2009 at 10 a.m.** The parties shall file a Joint Case Management Statement on or before **August 21, 2009**, even if no counsel from the Pro Bono Project has been appointed.

Dated: June 30, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deanna Jean Mouser dmouser@aalrr.com
John Stanley Adler Jadler@littler.com
Maureen A. Folan mfolan@ndkylaw.com

Evelyn & Troy Jackson
6361 Pearl Roth Drive
San Jose, Ca 95123

**Dated: June 30, 2009**                                **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers**
                                                                     **Elizabeth Garcia**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California