*E-FILED 9/2/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TROY JACKSON, et al., | No. C08-05376 JW (HRL) |
| Plaintiffs,<br>v. | **ORDER RE PARTIES' PROPOSED PROTECTIVE ORDERS** |
| OAK GROVE SCHOOL DISTRICT, MANNY BARBARA, ANDY GARCIA, RISA QUON, KATHERINE BAKER, TAMARA UNCK, RICHARD HOLTERMANN, NANCY LETTENBERGER, BERTIE MATHIS, DEANNA MOUSER ADAM FISS and DOES 1-13, | |
| Defendants. | |

Having reviewed the parties' competing proposed protective orders re the privacy rights of minors, this court finds it appropriate to enter the form of order submitted by the defendants, with some modification.

SO ORDERED.

Dated:   September 2, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:08-cv-05376-JW Notice electronically mailed to**:

2 Deanna Jean Mouser dmouser@aalrr.com, hchase@aalrr.com

3 John Stanley Adler Jadler@littler.com, clewis@littler.com

4 Maureen A. Folan mfolan@ndkylaw.com, mdavis@ndkylaw.com, prahn@ndkylaw.com

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

6

7 **A copy of this document mailed to**:

8 Evelyn Jackson
6361 Pearl Roth Drive
9 San Jose, Ca 95123

10 Troy Jackson
6361 Pearl Roth Drive
11 San Jose, Ca 95123

12          Pro Se Plaintiffs

2