United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Troy Jackson, et al.,

Plaintiffs,

v.

Oak Grove School District, et al.,

Defendants.
_____________________________________/

NO. C 08-05376 JW

**SECOND ORDER REFERRING PLAINTIFFS TO FEDERAL PRO BONO PROJECT**

In light of the Court's November 17, 2009 Order granting Plaintiffs' counsel of record motion to withdraw as counsel, the Court finds that good cause to re-refer Plaintiffs to the Federal Pro Bono Project of the Northern District of California to find volunteer substitute counsel. Accordingly, the Court orders as follows:

(1) The Clerk shall forward this Order and a copy of the Court file with a notice of referral pursuant to the guidelines of the Federal Pro Bono Project to the Volunteer Legal Services Program for the Santa Clara County Bar Association.

(2) All proceedings in this matter are stayed until 60 days after the Court has been notified that an attorney has been appointed or the Court is informed that no counsel is available for appointment.

(3) On **February 1, 2010 at 10 a.m.,** the parties shall appear for a Case Management Conference. On or before **January 22, 2010**, the parties shall file a Joint Case Management Statement updating the Court on the status of the referral. In the event

United States District Court
For the Northern District of California

that new pro bono counsel is appointed, the parties shall, in their Joint Statement, provide their proposed schedule as to how this case should proceed.

Counsel shall send a copy of this Order to Plaintiffs and file the appropriate certificate of service.

Dated: November 17, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deanna Jean Mouser dmouser@aalrr.com
Denise M. De Mory demoryd@howrey.com
Eric C Bellafronto ebellafronto@littler.com
John Stanley Adler Jadler@littler.com
Lindsay M. White whitel@howrey.com
Maureen A. Folan mfolan@davisyounglaw.com
Sriranga Raghavan Veeraraghavan srv@howrey.com

**Dated: November 17, 2009**

**Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**

United States District Court
For the Northern District of California