| | |
|---|---|
| ROBERT M. VANTRESS (SBN 106442)<br>VANTRESS LAW GROUP<br>4820 Harwood Road<br>San Jose, California 95124<br>Telephone:   (408) 905-6501<br>Facsimile:    (408) 583-4000<br>Email: rvantress@vantresslaw.com<br><br>Attorneys for Plaintiff, J. J. | JOHN STANLEY ADLER (SBN 60398)<br>ERIC C. BELLAFRONTO (SBN 162102)<br>LITTLER MENDELSON<br>501 W Broadway Ste 900<br>San Diego, CA 92101<br>Telephone:   (619) 232-0441<br>Facsimile:    (619)232-4302<br>Email: jadler@littler.com<br>           ebellafronto@littler.com<br><br>Attorneys for Defendant, Adam Fiss |
| MARK E. DAVIS (SBN 79936)<br>DAVIS & YOUNG, APLC<br>1960 The Alameda , Suite 210<br>San Jose, CA 95126<br>Telephone:   (408) 244-2166<br>Facsimile:    (408) 244-7815<br>Email:  mdavis@davisyounglaw.com<br><br>Attorneys for Defendants | JAMES H. PALMER (SBN 90086)<br>DEANNA MOUSER (SBN 143187)<br>ATKINSON, ANDELSON, LOYA, RUUD & ROMO<br>5776 Stoneridge Mall Road , Suite 200<br>Pleasanton, CA 94588<br>Telephone:   (925) 227-9200<br>Facsimile:    (925) 227-9202<br>Email:  dmouser@aalrr.com<br><br>Attorneys for Defendant Deanna Mouser |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

| | |
|---|---|
| TROY JACKSON, et al.<br><br>    Plaintiff,<br><br>  v.<br><br>OAK GROVE SCHOOL DISTRICT, et al. | Case No.: C 08-05376 JW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR FILING AMENDED COMPLAINT UNTIL JUNE 18, 2010** |

Pursuant to Northern District Civil Local Rule 6-2, it is hereby stipulated and agreed among the Plaintiff, J.J., by and through his appointed Guardian ad Litem ("Plaintiff") and each of the Defendants herein, including Oak Grove School District, a public entity school district, Emanuel (Manny) Barbara, an individual, Katherine Baker, an individual, Richard Holterman, an individual, Tamra Unck, an individual, Risa Quon, an individual, Nancy Lettenberger, an individual, Bertie

Mathis, an individual, Deanna Jean Mouser, an individual, and Adam Fiss, an individual (collectively hereinafter "Defendants") as follows:

WHEREAS, the Court at the April 5, 2010 hearing expressed a preference that the parties engage in settlement discussions;

WHEREAS, by Court order dated April 12, 2010 (Docket 138) Plaintiff's Amended Complaint is or was currently due May 7, 2010 and the Parties have been ordered to file a Case Management Conference Report on May 14, 2010 and attend a Case Management Conference on May 24, 2010;

WHEREAS, some of the counsel for the Parties have agreed to a six (6) week extension of time for Plaintiff to file the Amended Complaint and for the Case Management Conference in order for there to be sufficient time to engage in selection of a U.S. Magistrate or other neutral mediator, and all counsel are willing to explore settlement and avoid the need to engage in pleading and motion work at the same time;

WHEREAS, Plaintiff has not obtained any previous extensions of time to plead in this action.

WHEREAS, the Parties are currently trying to settle the matter through either the Court's ADR program or through a private mediator.

NOW, THEREFORE, the Parties, through their respective counsel, agree and stipulate that Plaintiff shall have an additional six (6) weeks to file the Amended Complaint and that the Parties may also have an additional six (6) weeks time to comply with the Case Management Conference deadlines in the Order (Document 138).  Therefore, the deadline for Plaintiff to file the Amended Complaint is June 18, 2010 and the Deadline for the parties to file the Case Management Conference Statement shall be **June 18, 2010** and the Case Management Conference shall be held on **June 28, 2010 at 10:00 AM.**

{NDKY Main\7413\71802\PLEADING\00157141.DOC}2

IT IS SO STIPULATED.

Dated: May 11, 2010     VANTRESS LAW GROUP

By: _____/s/_____
    Robert Vantress
    Attorneys for Plaintiff

Dated: May 11, 2010     LITTLER MENDELSON

By: _____/s/_____
    John Stanley Adler
    Eric C. Bellafronto
    Attorneys for Defendant Adam Fiss

Dated: May 11, 2010     DAVIS & YOUNG, APLC

By: _____/s/_____
    Mark E. Davis
    Attorneys for Defendants

Dated: May 11, 2010     ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____/s/_____
    Deanna Mouser
    Attorneys for Defendant Deanna Mouser

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall file the Complaint no later than June 18, 2010. The Joint Case Management Conference statement shall be due on **June 18, 2010**. The case management conference is continued to **June 28, 2010 at 10:00 AM.**

Dated: May 18, 2010     _____/s/ James Ware_____
    Hon. James Ware, United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

    I, Robert M. Vantress, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

    I declare under penalty of perjury that the foregoing is true and correct.   Executed this __th day of May, 2010 at San Jose, California.

                                                   /s/ Robert M. Vantress
                                                    Robert M. Vantress