

IT IS SO ORDERED AS MODIFIED
Judge James Ware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TROY JACKSON, et al.<br><br>    Plaintiff,<br><br>v.<br><br>OAK GROVE SCHOOL DISTRICT, et al. | Case No.: C 08-05376 JW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR FILING AMENDED COMPLAINT UNTIL JULY 30, 2010; CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 30, 2010** |

Pursuant to Northern District Civil Local Rule 6-2, it is hereby stipulated and agreed among the Plaintiff, J.J., by and through his appointed Guardian ad Litem ("Plaintiff") and each of the Defendants herein, including Oak Grove School District, a public entity school district, Emanuel (Manny) Barbara, an individual, Katherine Baker, an individual, Richard Holterman, an individual, Tamara Unck, an individual, Risa Quon, an individual, Nancy Lettenberger, an individual, Bertie

Mathis, an individual, Deanna Jean Mouser, an individual, and Adam Fiss, an individual (collectively hereinafter "Defendants") as follows:

WHEREAS, the Court at the April 5, 2010 hearing expressed a preference that the parties engage in settlement discussions;

WHEREAS, Plaintiff's Amended Complaint is or was currently due June 18, 2010 and the Parties have been ordered to file a Case Management Conference Report on June 18, 2010 and attend a Case Management Conference on June 28, 2010 (Doc. 141);

WHEREAS, some of the counsel for the Parties have agreed to a six (6) week extension of time for Plaintiff to file the Amended Complaint and for the Case Management Conference in order for there to be sufficient time to engage in selection of a U.S. Magistrate or other neutral mediator, and all counsel are willing to explore settlement and avoid the need to engage in pleading and motion work at the same time;

WHEREAS, Plaintiff has obtained only one previous extension of time to plead in this action.

WHEREAS, the Parties are currently trying to settle the matter through either the Court's ADR program or through a private mediator.

WHEREAS, the Parties have received an ADR Clerks Notice Setting ADR Phone Conference on 6/24/10 at 10:00 a.m. (Doc. 144).

NOW, THEREFORE, the Parties, through their respective counsel, agree and stipulate that Plaintiff shall have an additional six (6) weeks to file the Amended Complaint and that the Parties may also have an additional six (6) weeks time to comply with the Case Management Conference deadlines.  Therefore, the deadline for Plaintiff to file the Amended Complaint is July 30, 2010 and the Deadline for the parties to file the Case Management Conference Statement is **August 20, 2010**

and the Case Management Conference shall be held on **August 30, 2010 at 10 a.m.**

**Further, the parties shall complete their mediation on or before August 16, 2010.**

IT IS SO STIPULATED.

Dated:  June 18, 2010　　　　　　　　　　　VANTRESS LAW GROUP


By: _____/s/_____
　　　　Robert Vantress
　　　　Attorneys for Plaintiff

Dated:  June 18, 2010　　　　　　　　　　　LITTLER MENDELSON


By: _____/s/_____
　　　　John Stanley Adler
　　　　Eric C. Bellafronto
　　　　Attorneys for Defendant Adam Fisk

Dated:  June 18, 2010　　　　　　　　　　　DAVIS & YOUNG, APLC


By: _____/s/_____
　　　　Mark E. Davis
　　　　Matt Tamel
　　　　Attorneys for Defendants

Dated:  June 18, 2010　　　　　　　　　　　ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____/s/_____
　　　　Deanna Mouser
　　　　Attorneys for Defendant Deanna Mouser

### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall file the Complaint no later than July 30, 2010.

**This is a FINAL continuance.**

Dated: June 24, 2010　　　　　　　　　　　_____/s/ James Ware_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge