IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Troy Jackson, et al., | NO. C 08-05376 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Oak Grove School District, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on August 30, 2010.  The parties have duly submitted a Joint Case Management Statement.  (Docket Item No. 155.)  Upon review of the parties' Joint Statement, the Court ORDERS as follows:

(1)     In light of the December 7, 2010 Settlement Conference scheduled with Chief Magistrate Judge James, the Court finds good cause to continue the Conference to **December 13, 2010 at 10 a.m.**  On or before **December 9, 2010**, the parties shall file a Joint Case Management updating the Court on the status of the Settlement Conference.

(2)     With respect to the issue regarding the potential conflict of interests with Defendant Mouser and her law firm representing themselves as well as acting as counsel pf record for the remaining public entity Defendants, the Court refers this matter to Chief Magistrate Judge James for her determination as to any conflicts.

United States District Court
For the Northern District of California

1          (3)      The Court does not find that discovery is appropriate pending the December 7

2                   Settlement Conference and the December 13 Case Management Conference.

3

4    Dated:  August 25, 2010                        _____

                                                    JAMES WARE
5                                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deanna Jean Mouser dmouser@aalrr.com
Eric C Bellafronto ebellafronto@littler.com
John Stanley Adler Jadler@littler.com
Mark E. Davis mdavis@davisyounglaw.com
Maureen A. Folan mfolan@davisyounglaw.com
Robert M. Vantress, rvantress@vantresslaw.com

**Dated:  August 25, 2010**                    **Richard W. Wieking, Clerk**


**By:  /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California

3