MARK E. DAVIS—BAR NO.79936
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax: 408.244.7815

Attorneys for Defendants
OAK GROVE SCHOOL DISTRICT,
MANNY BARBARA, KATHERINE
BAKER, RICHARD HOLTERMANN,
TAMARA UNCK, RISA QUON, NANCY
LETTENBERGER, JACQUELINE
ADAMS, JEREMY NISHIHARA,
DIANNE LEMKE and DENNIS
HAWKINS

*IT IS SO ORDERED*
*[signature] Judge James Ware*
9/8/2010

UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF CALIFORNIA

NORTHERN DISTRICT

| | |
|---|---|
| J.J., a minor, by and through his Guardian *ad litem*, Robert M. Vantress,<br><br>     Plaintiff,<br><br>vs.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, et al.,<br><br>     Defendants. | No. C 08 05376 JW<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS OAK GROVE SCHOOL DISTRICT, MANNY BARBARA, KATHERINE BAKER, RICHARD HOLTERMANN, TAMARA UNCK, RISA QUON, NANCY LETTENBERGER, JACQUELINE ADAMS, JEREMY NISHIHARA, DIANNE LEMKE and DENNIS HAWKINS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Complaint Filed:   November 26, 2008<br>Trial Date: TBD: |

IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-1(a), between plaintiff

J.J., a minor, by and through his Guardian ad Litem, Robert M. Vantress and defendants

Oak Grove School District, Manny Barbara, Katherine Baker, Richard Holtermann, Tamara

Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams, Jeremy Nishihara, Dianne

71802

Lemke and Dennis Hawkins, and defendants Deanna Mouser and Atkinson, Andelson, Loya, Ruud & Romo, that defendants Oak Grove School District, Manny Barbara, Katherine Baker, Richard Holtermann, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams, Jeremy Nishihara, Dianne Lemke and Dennis Hawkins shall have a 21-day extension from September 3, 2010 to respond to plaintiff's First Amended Complaint. Defendants' responsive pleading is now due on or before September 24, 2010.

The parties have agreed to this extension as they wish to pursue further informal settlement negotiations prior to the filing of a motion to dismiss.

IT IS SO STIPULATED.

DATED: 9/3/10

VANTRESS LAW GROUP

By _____
Robert M. Vantress
Attorneys for Plaintiff
J.J., a minor

DATED: 9-3-10

DAVIS & YOUNG, APLC

By _____
Mark E. Davis
Attorneys for Defendants
OAK GROVE SCHOOL DISTRICT, MANNY BARBARA, KATHERINE BAKER, RICHARD HOLTERMANN, TAMARA UNCK, RISA QUON, NANCY LETTENBERGER, JACQUELINE ADAMS, JEREMY NISHIHARA, DIANNE LEMKE and DENNIS HAWKINS

71802

1 | DATED: 9-3-10

ATKINSON, ANDELSON, LOYA, et al.

By ___Deanna Mouser___
Deanna J. Mouser
Attorneys for Defendants
DEANNA J. MOUSER and
ATKINSON, ANDELSON, LOYA,
RUUD & ROMO

{NDKY Main\7413\71802\PLEADING\00159467.DOC}
Stip. For Ext. Of Time For Defs OGSD, M. Barbara, K. Baker, R. Holtermann, T. Unck, R. Quon, N. Lettenberger, J. Adams, J. Nishihara, D. Lemke & Dennis Hawkins To Respond To Plaintiff's First Amended Complaint

-3-