ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
James H. Palmer, State Bar No. 90086
Deanna J. Mouser, State Bar No. 143187
5075 Hopyard Road, Suite 210
Pleasanton, CA 94588-2797
Telephone: (925) 227-9200
Facsimile: (925) 227-9202
Attorneys for Deanna J. Mouser and Atkinson,
Andelson, Loya, Ruud & Romo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., a minor, by and through his Guardian *Ad Litem,* Robert M. Vantress,<br><br>Plaintiff,<br><br>v.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, EMANUAL (MANNY) BARBARA, an individual, KATHERINE BAKER, an individual, RICHARD HOLTERMAN, an individual, TAMRA UNCK, an individual, RISA QUON, an individual, NANCY LETTENBERGER, an individual, JACQUELINE ADAMS, an individual, JEREMY NISHIHARA, an individual, DIANNE LEMKE, an individual, DENNIS HAWKINS, an individual, DEANNA JEAN MOUSER, an individual and ATKINSON, ANDELSON, LOYA, RUUD & ROMO, a Professional Law Corporation,<br><br>Defendants. | CASE NO.:   C08-05376 JW HRL<br><br>**STIPULATION TO CONTINUE DEFENDANTS MOUSER AND AALRR'S SLAPP MOTION UNTIL MAY 2, 2011 AND [PROPOSED] ORDER THEREON**<br><br>DATE:   February 14, 2011<br>TIME:   9:00 a.m.<br>DEPT:   8, 4th Floor<br>JUDGE:  Hon. James Ware<br><br>Complaint Filed:  November 26, 2008<br>Trial Date:   TBD |

Pursuant to Northern District Civil Local Rule 6-2, it is hereby stipulated and agreed among counsel for the Plaintiff, J.J., a minor, by and through his appointed Guardian ad Litem, Robert M. Vantress, ("Plaintiff") and counsel for Defendants, Oak Grove School District, Emanuel (Manny) Barbara, Katherine Baker, Richard Holterman, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams, Jeremy Nishihara, Dianne Lemke, Dennis Hawkins,

1  Deanna Mouser, and Atkinson, Andelson, Loya, Ruud & Romo ("AALRR") (collectively
2  "Defendants") as follows:
3      WHEREAS, the Court has expressed a preference that the parties try to settle this case;
4      WHEREAS, Defendants Mouser and AALRR have duly noticed a motion to dismiss
5  under Rule 12(b)(6) and a special motion to strike under the anti-SLAPP statute (CCP 425.16)
6  that is scheduled to be heard on February 14, 2011;
7      WHEREAS, Plaintiff's counsel has expressed an intent to initiate discovery if the special
8  motion to strike under the anti-SLAPP statute is not continued for at least 60 days to allow time
9  for a settlement conference to occur and for discovery thereafter to occur before the special
10 motion to strike is heard;
11     WHEREAS, the parties would prefer to conduct the settlement conference before
12 incurring the expense of discovery;
13     NOW, THEREFORE, the Parties, through their respective counsel, agree and stipulate
14 that:
15     1.   Defendants Mouser and AALRR's motion to dismiss under Rule 12(b)(6) will be
16 heard as scheduled on February 14, 2011;(Docket Item No. 159, 160)
17     2.   Defendants Mouser and AALRR's special motion to strike under the anti-SLAPP
18 statute (CCP 425.16) will be continued until and will be heard by the Court on Monday, May 2,
19 2011;(Docket Item No. 152).
20     3.   No discovery will be initiated or scheduled until after the settlement conference
21 has concluded.
22     IT IS SO STIPULATED.
23 DATED:  12/21/2010                ATKINSON, ANDELSON, LOYA, RUUD & ROMO
24
25                                   By:  /s/
                                         Deanna J. Mouser
26                                       Attorneys for DEANNA JEAN MOUSER and
                                         ATKINSON, ANDELSON, LOYA, RUUD & ROMO
27
28

-2-
STIPULATION TO CONTINUE DEFENDANTS MOUSER AND AALRR'S SLAPP MOTION AND
[PROPOSED] ORDER THEREON

005748.00006/279289v1

1  DATED: 12/21/2010             DAVIS & YOUNG, APLC

3                                 By:  /s/
                                     Mark E. Davis
                                     Attorneys for Defendants

5  DATED: 12/21/2010             VANTRESS LAW GROUP

7                                 By:  /s/
                                     Robert Vantress
                                     Attorneys for Plaintiff

## **ORDER**

PURSUANT TO THIS STIPULATION, IT IS ORDERED that:  (1)  Defendants Mouser and AALRR's motion to dismiss under Rule 12(b)(6) will be heard as scheduled on February 14, 2011;  (2)  Defendants Mouser and AALRR's special motion to strike under the anti-SLAPP statute (CCP 425.16) will be continued until and will be heard by the Court on Monday, May 2, 2011; and (3)  No discovery will be initiated or scheduled until after the settlement conference has concluded.

IT IS SO ORDERED.

DATED: January 3, 2011

By:  *James Ware*
     Hon. James Ware
     United States District Judge

-3-
STIPULATION TO CONTINUE DEFENDANTS MOUSER AND AALRR'S SLAPP MOTION AND [PROPOSED] ORDER THEREON

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5075 HOPYARD ROAD, SUITE 210
PLEASANTON, CA 94588-2797
TELEPHONE: (925) 227-9200
FACSIMILE: (925) 227-9202

005748.00006/279289v1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Deanna Mouser, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December, 2010 at Pleasanton, California.

/s/
Deanna J. Mouser

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5075 HOPYARD ROAD, SUITE 210
PLEASANTON, CA 94588-2797
TELEPHONE: (925) 227-9200
FACSIMILE: (925) 227-9202

-4-
STIPULATION TO CONTINUE DEFENDANTS MOUSER AND AALRR'S SLAPP MOTION AND [PROPOSED] ORDER THEREON

005748.00006/279289v1