

**FILED**

JAN 24 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JJ., a minor, by and through his Guardian *Ad Litem*, Robert M. Vantress,<br><br>Plaintiff,<br><br>v.<br><br>OAK GROVE SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: C 08-05376 JW<br><br>**ORDER OF RECUSAL** |

A settlement conference is currently scheduled for January 26, 2011 before the undersigned. Pursuant to 28 U.S.C. § 455(b)(2), any magistrate judge of the United States <u>shall</u> disqualify himself where a lawyer with whom he previously practiced law served during such association as a lawyer in the matter. A review of the docket indicates Plaintiff and his parents were previously represented by counsel at Howrey LLP during which time I was a Howrey partner. I therefore recuse myself from hearing or determining any matters in the above-entitled action.

Dated: January 24, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER