1  MARK E. DAVIS—BAR NO.79936
   DAVIS & YOUNG, APLC
2  1960 The Alameda, Suite 210
   San Jose, CA  95126
3  Phone: 408.244.2166
   Fax:    408.244.7815
4

5  Attorneys for Defendants
   OAK GROVE SCHOOL DISTRICT,
6  MANNY BARBARA, KATHERINE
   BAKER, RICHARD HOLTERMANN,
7  TAMARA UNCK, RISA QUON, NANCY
   LETTENBERGER, JACQUELINE
8  ADAMS, JEREMY NISHIHARA,
   DIANNE LEMKE and DENNIS
9  HAWKINS

*IT IS SO ORDERED*
*Judge James Ware*
1/25/2011

UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF CALIFORNIA

NORTHERN DISTRICT

| | |
|---|---|
| J.J., a minor, by and through his Guardian *ad litem*, Robert M. Vantress,<br><br>     Plaintiff,<br><br>vs.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, et al.,<br><br>     Defendants. | No. C 08 05376 JW<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANTS OAK GROVE SCHOOL DISTRICT, MANNY BARBARA, KATHERINE BAKER, RICHARD HOLTERMANN, TAMARA UNCK, RISA QUON, NANCY LETTENBERGER, JACQUELINE ADAMS, JEREMY NISHIHARA, DIANNE LEMKE and DENNIS HAWKINS' and DEANNA MOUSER AND ATKINSON, ANDELSON, LOYA, RUUD & ROMO'S MOTIONS TO DISMISS<br><br>DATE:     2/14/11<br>TIME:     9:00 A.M.<br>DEPT.:    8, 4TH Floor<br>JUDGE:   Hon. James Ware<br><br>Complaint Filed:   November 26, 2008<br>Trial Date:   TBD: |

///

{71802\00162172-1}                     -1-
Stip. & Order To Cont. Defs, Oak Grove SD, M. Barbara, K. Baker, R. Holtermann, T. Unck, R. Quon, N. Lettenberger, J. Adams, J. Nishihara, D. Lemke & D. Hawkins' and Defs. D. Mouser & Atkinson, Andelson, Loya, Ruud & Romo's Motions To Dismiss

71802

1  IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, between Plaintiff J.J., a minor, by and through his appointed Guardian ad Litem, Robert M. Vantress and counsel for Defendants Oak Grove School District, Manny Barbara, Katherine Baker, Richard Holtermann, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams, Jeremy Nishihara, Dianne Lemke and Dennis Hawkins, and counsel for Defendants Deanna Mouser and Atkinson, Andelson, Loya, Ruud & Romo, that:

   1. Defendants Oak Grove School District, Manny Barbara, Katherine Baker, Richard Holtermann, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams, Jeremy Nishihara, Dianne Lemke and Dennis Hawkins motion to dismiss Plaintiff's First Amended Complaint, currently scheduled for February 14, 2011, be continued to March 28, April 18, or May 2; and

   2. Defendants Deanna Mouser and Atkinson, Andelson, Loya, Ruud & Romo's motion to dismiss Plaintiff's First Amended Complaint, currently scheduled for February 14, 2011, be continued to March 28, April 18, or May 2.

   The Court has expressed a preference that the parties try to settle this case. A settlement conference has been scheduled with Magistrate Judge Grewal on January 26, 2011.

   With the currently scheduled motions to dismiss on February 14, 2011, plaintiff's opposition to said motions would be due prior to the January 26, 2011, settlement conference. Plaintiff's attorney and defendants' attorneys are therefore agreeable to a continuance of defendants' motions to dismiss so plaintiff's attorney does not have to incur the time and expense of preparing an opposition to defendants' motions to dismiss pending the outcome of the January 26, 2011, settlement conference.

   THEREFORE, the parties agree and stipulate, through their respective counsel, that:

   1. Defendants Oak Grove School District, Manny Barbara, Katherine Baker, Richard Holtermann, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams,

1  Jeremy Nishihara, Dianne Lemke and Dennis Hawkins' motion to dismiss be continued
2  from February 14, 2011, to March 28, April 18, or May 2; and
3      2.      Defendants Deanna Mouser and Atkinson, Andelson, Loya, Ruud & Romo 's
4  motion to dismiss Plaintiff's First Amended Complaint be continued from February 14,
5  2011, to March 28, April 18, or May 2.
6      IT IS SO STIPULATED.
7  DATED:

                                            VANTRESS LAW GROUP


                                            By  /s/
                                               Robert M. Vantress
                                               Attorneys for Plaintiff
                                               J.J., a minor

12 DATED:
                                            DAVIS & YOUNG, APLC



                                            By  /s/
                                               Mark E. Davis
                                               Attorneys for Defendants
                                               OAK GROVE SCHOOL DISTRICT,
                                               MANNY BARBARA, KATHERINE
                                               BAKER, RICHARD HOLTERMANN,
                                               TAMARA UNCK, RISA QUON,
                                               NANCY LETTENBERGER,
                                               JACQUELINE ADAMS, JEREMY
                                               NISHIHARA, DIANNE LEMKE and
                                               DENNIS HAWKINS


21 DATED:
                                            ATKINSON, ANDELSON, LOYA, et al.



                                            By  /s/
                                               Deanna J. Mouser
                                               Attorneys for Defendants
                                               DEANNA J. MOUSER and
                                               ATKINSON, ANDELSON, LOYA,
                                               RUUD & ROMO

27 ///

71802

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that defendants Oak Grove School District, Manny Barbara, Katherine Baker, Richard Holtermann, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams, Jeremy Nishihara, Dianne Lemke and Dennis Hawkins' motion to dismiss and Defendants Deanna Mouser and Atkinson, Andelson, Loya, Ruud & Romo 's motion to dismiss be continued from February 14, 2011, to **May 2, 2011 at 9:00 AM**.

IT IS SO ORDERED.

DATED: January 25, 2011

BY: _____
HONORABLE JAMES WARE
UNITED STATES DISTRICT CHIEF JUDGE