**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.J., a minor, | NO. C 08-05376 JW |
| Plaintiff, | **ORDER REFERRING CASE TO ACTING CHIEF MAGISTRATE JUDGE SPERO FOR DETERMINATION OF APPROPRIATE REASSINGMENT FOR SETTLEMENT PURPOSES** |
| v. | |
| Oak Grove School District, et al., | |
| Defendants. | |

On December 10, 2010, the Court granted the parties' request for referral to Magistrate Judge Grewal for a settlement conference,[1] in light of Chief Magistrate Judge James' unavailability due to her medical leave. (See Docket Item No. 163.) On January 24, 2011, Judge Grewal filed an Order of Recusal from the case. (See Docket Item No. 168.)

In light of Judge Grewal's recusal, the Court refers this matter to Acting Chief Magistrate Judge Spero for determination of appropriate reassignment of this case to another magistrate judge for a settlement conference. Within ten (10) days of Judge Spero's determination, the parties shall contact the newly assigned Magistrate Judge's Chambers to set a settlement conference prior to the May hearing on pending dispositive Motions.

Dated: January 26, 2011

JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 162.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deanna Jean Mouser dmouser@aalrr.com
Eric C Bellafronto ebellafronto@littler.com
John Stanley Adler Jadler@littler.com
Mark E. Davis mdavis@davisyounglaw.com
Maureen A. Folan mfolan@davisyounglaw.com
Robert M. Vantress rvantress@vantresslaw.com

**Dated: January 26, 2011**     **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**

United States District Court
For the Northern District of California