IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.J., | NO. C 08-05376 JW |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| Oak Grove School District, et al., | |
| Defendants. | |

On June 20, 2011, the parties are scheduled to appear for a hearing on Defendants' Motions to Dismiss. (See Docket Item Nos. 152, 159, 160.) Upon review of the parties' briefs, the Court finds that the motion is appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the June 20 hearing.

Dated: June 15, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deanna Jean Mouser dmouser@aalrr.com
Eric C Bellafronto ebellafronto@littler.com
John Stanley Adler Jadler@littler.com
Mark E. Davis mdavis@davisyounglaw.com
Maureen A. Folan mfolan@davisyounglaw.com
Robert M. Vantress rvantress@vantresslaw.com

Dated:   June 15, 2011                              Richard W. Wieking, Clerk

                                                    By:  /s/ JW Chambers
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**