IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.J., | NO. C 08-05376 JW |
| Plaintiff,<br>v. | **ORDER GRANTING EXTENSION OF TIME FOR FILING OF AMENDED COMPLAINT** |
| Oak Grove School District, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Declaration of Necessity, Stipulation and Order, and Order [sic] Extending Time for Plaintiff to File Second Amended Complaint ("Request"). (Docket Item No. 184.) On the basis of a purported stipulation between the parties, Plaintiff requests an extension of time with respect to the filing of his Amended Complaint, which was previously set for August 1, 2011. (Id. at 1-2.) Defendants object that, although they agreed to a ten-day extension, they did not agree to the precise language of the stipulation, did not consent to the filing of the stipulation without the provision that it was "without prejudice to Defendants' right to file an appeal to the court's order granting and denying Defendants' prior motions" and did not consent to the placing of Defendant Deanna J. Mouser's electronic signature on the stipulation.[1]

Upon review, the Court finds good cause to GRANT Plaintiff's Request. Plaintiff shall file his Amended Complaint on or before **August 11, 2011**.

Dated: August 4, 2011

JAMES WARE
United States District Chief Judge

---

[1] (AALRR Defendants Mouser's and AALRR's Objection to Stipulation and Order, and Order [sic] Extending Time for Plaintiff to File Second Amended Complaint, Docket Item No. 185.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deanna Jean Mouser dmouser@aalrr.com
Eric C Bellafronto ebellafronto@littler.com
John Stanley Adler Jadler@littler.com
Mark E. Davis mdavis@davisyounglaw.com
Maureen A. Folan mfolan@davisyounglaw.com
Robert M. Vantress rvantress@vantresslaw.com
Yona Conzevoy yconzevoy@aalrr.com

**Dated: August 4, 2011**                        **Richard W. Wieking, Clerk**

                                                 **By:    /s/ JW Chambers**
                                                 **Susan Imbriani**
                                                 **Courtroom Deputy**