IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.J., | NO. C 08-05376 JW |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Oak Grove School District, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Request for Extension of Time.[1] Plaintiff requests this extension of time because of an unforeseeable family emergency, and seeks an additional 30 days in which to file any oppositions to Defendants' pending Motions to Dismiss. Plaintiff also seeks to continue the Case Management Conference currently scheduled for Monday, September 19, 2011, in light of this extension. Defendants do not oppose the request.

---

[1] (Declaration of Necessity, Stipulation and Order, and Order Extending Time For Plaintiff to File Oppositions to Motions to Dismiss and Continuing Case Management Conference, hereafter, "Request," Docket Item No. 193.)

Upon review, the Court finds good cause to extend time. Accordingly, the Court GRANTS Plaintiff's Motion. On or before **October 11, 2011**, Plaintiff shall file his Oppositions to Defendants' Motions. On or before **October 17, 2011,** Defendants shall file their Replies. The hearing on the Motions remains on **November 7, 2011 at 9 a.m.** In light of this Order, the Court CONTINUES the Case Management Conference to **November 7, 2011 at 10 a.m.** to coincide with the hearing on Defendants' Motions.

Dated: September 14, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deanna Jean Mouser dmouser@aalrr.com
Eric C Bellafronto ebellafronto@littler.com
John Stanley Adler Jadler@littler.com
Mark E. Davis mdavis@davisyounglaw.com
Maureen A. Folan mfolan@davisyounglaw.com
Robert M. Vantress rvantress@vantresslaw.com
Yona Conzevoy yconzevoy@aalrr.com

**Dated: September 14, 2011**          **Richard W. Wieking, Clerk**

                                       **By:     /s/ JW Chambers
                                               Susan Imbriani
                                               Courtroom Deputy**