ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
James H. Palmer, State Bar No. 90086
   jpalmer@aalrr.com
Deanna J. Mouser, State Bar No. 14317
   dmouser@aalrr.com
Yona Conzevoy, State Bar No. 233055
   yconzevoy@aalrr.com
12800 Center Court Drive, Suite 300
Cerritos, CA 90703-9364
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for DEANNA J. MOUSER and
ATKINSON, ANDELSON, LOYA,
RUUD & ROMO



*IT IS SO ORDERED*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J., a minor, by and through his Guardian *Ad Litem,* Robert M. Vantress,<br><br>Plaintiff,<br><br>v.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, EMANUAL (MANNY) BARBARA, an individual, KATHERINE BAKER, an individual, RICHARD HOLTERMAN, an individual, TAMRA UNCK, an individual, RISA QUON, an individual, NANCY LETTENBERGER, an individual, JACQUELINE ADAMS, an individual, JEREMY NISHIHARA, an individual, DIANNE LEMKE, an individual, DENNIS HAWKINS, an individual, DEANNA JEAN MOUSER, an individual and ATKINSON, ANDELSON, LOYA, RUUD & ROMO, a Professional Law Corporation,<br><br>Defendants. | CASE NO.: C 08-05376 JW HRL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER SECOND AMENDED COMPLAINT**<br><br>JUDGE: Hon. James Ware<br><br>Complaint Filed: 11/28/08<br>Trial Date: TBD |

## STIPULATION

IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-1, between Plaintiff J.J., a minor, by and through his appointed temporary Guardian ad Litem, Robert M. Vantress and counsel for Defendants Oak Grove School District, Manny Barbara, Katherine Baker, Richard Holtermann, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams, Jeremy Nishihara, Dianne Lemke and Dennis Hawkins, and Defendants Deanna Mouser and Atkinson, Andelson, Loya, Ruud & Romo (collectively, "Defendants"), that:

1. Defendants shall have an extension of time from December 13, 2011 until December 20, 2011 to answer Plaintiff's Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED: December 13, 2011

    ATKINSON, ANDELSON, LOYA, RUUD & ROMO

    By: /s/ Yona Conzevoy
    Yona Conzevoy, Attorneys for Defendants DEANNA J. MOUSER and ATKINSON, ANDELSON, LOYA, RUUD & ROMO

DATED: December 13, 2011

    ROBERT M. VANTRESS
    VANTRESS LAW GROUP

    By: /s/ Robert M. Vantress
    Robert M. Vantress, Attorneys for Plaintiff JJ

DATED: December 13, 2011

DAVIS & YOUNG, A PLC

By: /s/ Mark E. Davis
Mark E. Davis,
Attorneys for Defendants OAK GROVE SCHOOL DISTRICT, MANNY BARBARA, KATHERINE BAKER, RICHARD HOLTERMANN, TAMARA UNCK, RISA QUON, NANCY LETTENBERGER, JACQUELINE ADAMS, JEREMY NISHIHARA, DIANNE LEMKE and DENNIS HAWKINS

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

005748.00006/10173655v1

-2-
STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER SECOND AMENDED COMPLAINT