IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J.J., | NO. C 08-05376 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Oak Grove Sch. Dist., et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on June 25, 2012. The parties each submitted their own Pretrial Statement, and represent to the Court that they were not able to agree on a Joint Pretrial Statement.[1] In their Pretrial statement, Defendants represent that they anticipate filing dispositive motions on behalf of all Defendants. (Defendants' Statement at 7.) In light of these anticipated dispositive motions, the Court finds that a Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the Conference. The Court will set a new Conference date in its Order addressing the anticipated motions. The schedule established in the Court's November 3, 2011 Scheduling Order for this case remains in effect. (See Docket Item No. 200.) Thus, any dispositive motions shall be file within the required deadline.

---

[1] (See Joint Pretrial Conference Statement of Defendants, hereafter, "Defendants' Statement," Docket Item No. 207; Plaintiff's Preliminary Pre-Trial Statement, Docket Item No. 208.)

In addition, the Court DENIES as premature Defendants' request that this case be transferred back to San Jose where it was originally filed.[2] In light of the Court's impending retirement,[3] this case will be reassigned in due course and Defendants may renew their motion for transfer before the presiding judge.

Dated: June 20, 2012

*James Ware*
JAMES WARE
United States District Chief Judge

---

[2] (See Defendants' Statement at 8.)

[3] On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as the terms of his current law clerks come to an end." See Chief Judge Ware Announces Transition, *available at* http://www.cand.uscourts.gov/news/82.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Shawn Andre cxa@aalrr.com
Deanna Jean Mouser dmouser@aalrr.com
Eric C Bellafronto ebellafronto@littler.com
John Stanley Adler Jadler@littler.com
Mark E. Davis mdavis@davisyounglaw.com
Maureen A. Folan mfolan@davisyounglaw.com
Robert M. Vantress rvantress@vantresslaw.com
Yona Conzevoy yconzevoy@aalrr.com

**Dated: June 20, 2012**                                **Richard W. Wieking, Clerk**

                                                  **By:   /s/ JW Chambers**
                                                         **Susan Imbriani**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California