.71802

1  MARK E. DAVIS—BAR NO.79936
   DAVIS & YOUNG, APLC
2  1960 The Alameda, Suite 210
   San Jose, CA  95126
3  Phone:  408.244.2166
   Fax:      408.244.7815
4

5  Attorneys for Defendants
   OAK GROVE SCHOOL DISTRICT,
6  MANNY BARBARA, KATHERINE
   BAKER, RICHARD HOLTERMANN,
7  TAMARA UNCK, RISA QUON, NANCY
   LETTENBERGER, JACQUELINE
8  ADAMS, JEREMY NISHIHARA,
   DIANNE LEMKE and DENNIS
9  HAWKINS

10

11

12              UNITED STATES DISTRICT COURT

13            IN AND FOR THE STATE OF CALIFORNIA

14

15                    NORTHERN DISTRICT

16

17 | J.J., a minor, by and through his          No. C 08 05376 JW
   | Guardian *ad litem*, Robert M. Vantress,
18 |                                              **STIPULATION AND ORDER TO CONTINUE**
   |         Plaintiff,                           **DEADLINES FOR DISPOSITIVE MOTIONS**
19 |                                              **AND TO EXTEND DISCOVERY**
   |    vs.
20 |                                              Complaint Filed:    November 26, 2008
   | OAK GROVE SCHOOL DISTRICT, a                 Trial Date:   TBD:
21 | public entity school district, et al.,
   |
22 |         Defendants.
   |

23

24        IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, between Plaintiff

25 J.J., a minor, by and through his appointed Guardian ad Litem, Robert M. Vantress and

26 counsel for Defendants Oak Grove School District, Manny Barbara, Katherine Baker,

27 Richard Holtermann, Tamara Unck, Risa Quon, Nancy Lettenberger, Jacqueline Adams,

Stip & Order To Cont. Defs OGSD, M. Barbara, K. Baker, R. Holtermann, T. Unck, R. Quon, N. Lettenberger, J. Adams, J.Nishihara, D.
Lemke & D. Hawkins' & Deanna Mouser & Atkinson, Andelson, Loya, Ruud & Romo's Dispositive Motions

.71802

1    Jeremy Nishihara, Dianne Lemke and Dennis Hawkins, and counsel for Defendants

2    Deanna Mouser and Atkinson, Andelson, Loya, Ruud & Romo, that:

3        1.      The court ordered last day for hearing on dispositive motions for any party is

4    currently set for September 24, 2012, (Document200), which is impractical now given that

5    discovery is not complete, and given the retirement of Judge Ware from the case and the

6    absence of a reassignment of this case to a new judge.  So that such motions can be

7    heard on regular notice, and discovery may be completed, the parties hereby stipulate that

8    said motion be noticed in accordance with the Civil Local Rules of this Court and that that

9    the hearing date be continued from September 24, 2012, to October 29, 2012, or until such

10   date as the newly assigned judge may schedule, or thereafter, as set forth below, and that

11   said motion be noticed in accordance with the new hearing date.

12       2.      The new deadline for the hearing of such dispositive motions shall be further

13   extended if, by the deadline for filing and service of such motions, the case has not been

14   reassigned.  If the case has not been reassigned by that time, the deadline to file and

15   serve such motions shall be on the 30th calendar day following notice of the reassignment

16   of this case, or the first date following such date when filing and service is required by the

17   deadline for such motions required by the Court after reassignment, whichever is later. The

18   parties hereto stipulate to cooperate with each other to seek a reassignment of this case at

19   the earliest time for the convenience of the Court.

20       3.      The parties have been involved in numerous depositions of the relevant

21   parties and witnesses in this case.  However, because of calendaring conflicts, vacations,

22   and /or the inability to complete certain depositions on the scheduled date or disputes as to

23   the deposition of Defendant Deanna Mouser, the parties have not been able to complete

24   all of the depositions that had previously been scheduled.  All parties agree that it will be

25   necessary to complete these depositions before dispositive motions can be filed and the

26   parties stipulate to extend discovery to complete discovery which has already been

27   initiated or noticed. The foregoing agreement to extend the deadline for filing, serving, and

.71802

1    hearing dispositive motions is not and is not to be construed to be a waiver of any objection

2    to any notice of deposition or to any demand for production of documents.

3         4.    The court recently vacated the Preliminary Pretrial Conference set for June

4    25, 2012, (Document209) and has not reset the Preliminary Pretrial Conference pending

5    the filing of defendants' dispositive motions.  Therefore, no party will be prejudiced by the

6    short continuance of the hearing on and filing of defendants' dispositive motions.

7         THEREFORE, the parties agree and stipulate, through their respective counsel, as

8    set forth above.

9         IT IS SO STIPULATED.

10   DATED: August 17, 2012

                                                    VANTRESS LAW GROUP

11

12

                                                    By ___/s/_____
13
                                                          Robert M. Vantress
                                                          Attorneys for Plaintiff
14                                                        J.J., a minor

15   DATED: August 17, 2012

                                                    DAVIS & YOUNG, APLC
16

17

                                                    By ___/s/_____
18
                                                          Mark E. Davis
                                                          Attorneys for Defendants
19                                                        OAK GROVE SCHOOL DISTRICT,
                                                          MANNY BARBARA, KATHERINE
20                                                        BAKER, RICHARD HOLTERMANN,
                                                          TAMARA UNCK, RISA QUON,
21                                                        NANCY LETTENBERGER,
                                                          JACQUELINE ADAMS, JEREMY
22                                                        NISHIHARA, DIANNE LEMKE and
                                                          DENNIS HAWKINS

23

24

25

26

27

Stip & Order To Cont. Defs OGSD, M. Barbara, K. Baker, R. Holtermann, T. Unck, R. Quon, N. Lettenberger, J. Adams, J.Nishihara, D.
Lemke & D. Hawkins' & Deanna Mouser & Atkinson, Andelson, Loya, Ruud & Romo's Dispositive Motions

.71802

1    DATED:  August 17, 2012

2                                              ATKINSON, ANDELSON, LOYA, et al.

3

4                                              By  /s/
                                                   Christopher Andre
5                                                  Attorneys for Defendants
                                                   DEANNA J. MOUSER and
6                                                  ATKINSON, ANDELSON, LOYA,
                                                   RUUD & ROMO
7

8                                  **ORDER**

9         PURSUANT TO STIPULATION, IT IS SO ORDERED.

10   DATED:  August 20, 2012

11                                        BY: _____

12                                             HONORABLE  JAMES WARE
13                                             UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

{71802/00176261-1}                    -4-
Stip & Order To Cont. Defs OGSD, M. Barbara, K. Baker, R. Holtermann, T. Unck, R. Quon, N. Lettenberger, J. Adams, J.Nishihara, D.
Lemke & D. Hawkins' & Deanna Mouser & Atkinson, Andelson, Loya, Ruud & Romo's Dispositive Motions