UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.J., a minor, by and through his Guardian *Ad Litem*, Robert M. Vantress,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, EMANUEL (MANNY) BARBARA, an individual, KATHERINE BAKER, an individual, RICHARD HOLTERMAN, an individual, TAMRA UNCK, an individual, RISA QUON, an individual, NANCY LETTENBERGER, an individual, JACQUELINE ADAMS, an individual, JEREMY NISHIHARA, an individual, DIANNE LEMKE, an individual, DENNIS HAWKINS, an individual, DEANNA JEAN MOUSER, an individual, and ATKINSON, ANDELSON, LOYA, RUUD & ROMO, a Professional Law Corporation,<br><br>　　　　　Defendants. | CASE NO. C 08-05376 RMW<br><br><br>**ORDER GRANTING RULE 6-3 MOTION TO EXTEND TIME**<br><br>[Re Docket No. 223] |

Plaintiff J.J.'s motion for an extension of time to file an opposition to defendants' summary judgment motions (Docket Nos. 218-222) under Local Rule 6-3 is granted. No opposition was filed. The court finds good cause to give plaintiff until November 5, 2012 to file his opposition. Replies are due no later than November 13, 2012. The hearing on the motions is set for November 30, 2012 at 9 AM.

It is so ordered.

DATED: October 10, 2012

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge