UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.J., a minor, by and through his Guardian *Ad Litem*, Robert M. Vantress,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, et al.,<br><br>　　　　Defendants. | CASE NO. C 08-05376 RMW<br><br>**ORDER EXTENDING TIME**<br><br>[Re Docket No. 226] |

　　For good cause, parties' stipulation for an extension of time to file is granted. Plaintiff's papers in opposition to the pending summary judgment motions are due November 7, 2012. Replies are due no later than November 15, 2012. In light of the extended briefing schedule, the hearing date is moved to December 7, 2012 at 9 AM.

　　It is so ordered.

DATED: November 6, 2012

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

1