UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.J., a minor, by and through his Guardian *Ad Litem*, Robert M. Vantress,<br><br>          Plaintiff,<br><br>     vs.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, et al.,<br><br>          Defendants. | CASE NO. C 08-05376 RMW<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME**<br><br>[Re Docket No. 228] |

The court has already granted the plaintiff two extensions on his opposition. *See* Dkt. Nos. 225, 227. The court will not grant another. Therefore, plaintiff's motion to extend time for filing its oppositions to defendants' motions for summary judgment is denied.

It is so ordered.

Dated: November 19, 2012

Ronald M. Whyte
United States District Court Judge

1