UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.J., a minor, by and through his Guardian *Ad Litem*, Robert M. Vantress,<br><br>    Plaintiff,<br><br>    vs.<br><br>OAK GROVE SCHOOL DISTRICT, a public entity school district, et al.,<br><br>    Defendants. | CASE NO. C 08-05376 RMW<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT AND ADJUSTING SCHEDULE**<br><br>[Re Docket No. 232] |

    Plaintiff seeks leave to file a 47-page and 24-page opposition to defendants' two 18-page summary judgment motions. Under Local Rule 7-4(b) opposition briefs are limited to 25 pages. The court finds that there is not good cause to allow plaintiff to exceed this limitation. Therefore, plaintiff's motion is denied.

    Even though what is now plaintiff's 47-page motion is late, *see* Dkt. No. 235, the court may consider it if plaintiff files a revised brief that complies with the Local Rules on or before November 26, 2012. Defendants' reply briefs are due on December 3, 2012. The hearing is moved to December 14, 2012 at 9AM.

    It is so ordered.

Dated: November 20, 2012

                                              Ronald M. Whyte<br>                                              United States District Court Judge

1